RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  2/14/07
      CB

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION #05-60052-01 |
| VERSUS | JUDGE HAIK |
| MARIE FERDETTE ARNAUD CART | MAGISTRATE JUDGE HILL |

### N O T I C E

This Court hereby notifies all counsel, in the above captioned matter, that this Court is considering an upward departure from the sentencing guidelines as it pertains to the defendant, Marie Cart, on the following grounds:

Factors listed at 18 USC §3553(a)(1), (a)(2)(A), (a)(2)(B), (a)(2)(C), and (a)(3); (a)(6) and (a)(7).

This Court also is considering the aggravating circumstances under 18 USC §3553(b)(1).

COPY SENT
DATE 2/14/07
BY CB
Fax TO Baum
       USA